1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

9 CHARLES JAMES BILLINGSLEY,
JR.,
10          Petitioner,
11
        v.
12 UNITED STATES OF AMERICA,
13          Respondent.
14

15

Case No. LA CV 12-08390 VBF-JCG

**ORDER**

**Adopting Report and Recommendation
of United States Magistrate Judge and
Denying a Certificate of Appealability**

16       Pursuant to 28 U.S.C. § 636, the Court has reviewed the habeas corpus petition

17 (Document ("Doc") 1), the respondent's answer and accompanying memorandum (Doc

18 8), petitioner's traverse (Doc 9), the Magistrate Judge's Report and Recommendation

19 ("R&R") (Doc 17), the remaining record, and the applicable law, and has made a *de novo*

20 determination.  Neither party has filed objections to the R&R.  The Court will adopt the

21 well-reasoned R&R, dismiss the habeas petition without prejudice for lack of subject-

22 matter jurisdiction, and decline to issue a certificate of appealability ("COA").

23

24       Absent a COA, "an appeal may not be taken from a final decision of a district judge

25 in a habeas corpus proceeding or a proceeding under 28 U.S.C. § 2255."  *See Chafin v.*

26 *Chafin*, – U.S. –, 133 S. Ct. 1017, – (2013) (Ginsburg, J., joined by Scalia & Breyer, JJ.,

27 concurring); *see also* 9th Cir. R. 22-1(e) (appellants "shall brief only issues certified by

28 the district court or the court of appeals") and 9th Cir. R. 22-1(f) (appellees "need not

1 respond to any uncertified issues").  The district court must issue or deny a COA when

2 it enters a final order adverse to the applicant, *see* R. 11(a) of Rules Governing § 2254

3 Cases.  The court must consider each claim separately, *see Mayfield v. Woodford*, 270

4 F.3d 915, 922 (9th Cir. 2001) (citation omitted), which means it may grant a COA on one

5 claim and not on others.

6       In practice, "[i]t is a 'rare step' for a district court to issue a COA," *McDaniels v.*

7 *McGrew*, 2013 WL 4040058, *3 (C.D. Cal. Aug. 8, 2013) (Fairbank, J.) (quoting *Murden*

8 *v. Artuz*, 497 F.3d 178, 199 (2d Cir. 2007) (Hall, J., concurring in judgment)); *accord*

9 *Ruiz v. US*, 2014 WL 1487742, *8 (E.D. Cal. Apr. 15, 2014) (Ishii, Sr. J.) ("The issuance

10 of a COA is 'a rare step.'") (likewise quoting concurrence in *Murden*).  A COA may issue

11 only if "the prisoner shows, at least, that jurists of reason would find it debatable whether

12 the petition states a valid claim of the denial of a constitutional right." *Slack v. McDaniel*,

13 529 U.S. 473, 484 (2000).  "The Court is mindful that it 'must resolve doubts about the

14 propriety of a COA in the petitioner's favor', *Jennings v. Woodford*, 290 F.3d 1006, 1010

15 (9th Cir. 2012) (citing *Lambright v. Stewart*, 220 F.3d 1022, 1025 (9th Cir. 2000) (en

16 banc)), but no such doubt exists here.'" *Cornish v. Brazleton*, 2014 WL 1457768, *2

17 (C.D. Cal. Apr. 15, 2014).  Reasonable jurists would not find it debateable that this

18 purported section 2241 petition is actually a section 2255 petition.  Nor would reasonable

19 jurists find it debateable, in turn, that this Court lacks subject-matter jurisdiction over this

20 petition because this Court did not sentence petitioner.  In the posture of this case, then,

21 this petition is not "adequate to deserve encouragement to proceed further" here.  *See*

22 *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4, 103 S. Ct. 3383, 3385 n.4 (1983).  The Court

23 therefore will deny a certificate of appealability.

24

25       Accordingly, the Court orders as follows:

26       The Report and Recommendation is **ADOPTED**.

27       This action is **DISMISSED without prejudice** to any right which petitioner may

28 have to re-file this habeas corpus petition in the federal court which sentenced him.

1    As required by Fed. R. Civ. P. 58(a), judgment will be entered by separate

2    document.[1]

3    The Court **DECLINES** to issue a certificate of appealability.[2]

4

5

6    DATED:      September 19, 2014

7                                          *Valerie Baker Fairbank*

8                                          _____

9                                          HON. VALERIE BAKER FAIRBANK
                                           UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

―――――――――――――――

21    [1]

22    *See Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013).  "To comply with Rule
      58, an order must (1) be self-contained and separate from the opinion; (2) note the relief

23    granted; and (3) omit or substantially omit the district court's reasons for disposing of the

24    claims."  *Daley v. U.S. Attorney's Office*, 538 F. App'x 142, 143 (3d Cir. 2013) (per
      curiam) (citation omitted)).

25    [2]

26    "FED. R. APP. P. 22(b)(1) provides in pertinent part that 'if the district judge has

27    denied the certificate, the applicant may request a circuit judge to issue the certificate.'"
      *Elkins v. Foulkes*, 2014 WL 2615732, *14 n.5 (C.D. Cal. June 12, 2014) (quoting Rule

28    and citing *Silva v. Woodford*, 279 F.3d 825, 832 (9th Cir. 2002)).