# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JAMES BILLINGSLEY, JR., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. CV 12-08390 VBF-JCG <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: September 19, 2014

*Valerie Baker Fairbank*

_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE